# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DESIGNATION OF CHAIR AND VICE-CHAIR OF THE APPELLATE COURT PROCEDURAL RULES COMMITTEE | : No. 259<br>:<br>: APPELLATE COURT RULES<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of April, 2016, Kevin J. McKeon, Esquire, is hereby designated as Chair and the Honorable John T. Bender as Vice-Chair of the Appellate Court Procedural Rules Committee commencing June 30, 2016.